IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     Case No. 3:08cr8

JERMICHAEL MALCOLM,     JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, TO BE SERVED CONSECUTIVELY TO THE 30-MONTH SENTENCE IMPOSED ON FEBRUARY 21st, 2020, IN CASE 3:19-cr-4 ,WITH A PERIOD OF SUPERVISED RELEASE TO FOLLOW UPON STATED CONDITIONS; RECOMMENDATIONS TO THE BUREAU OF PRISON; DEFENDANT'S REQUEST FOR SELF SURRENDER OVERRULED; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL ORALLY EXPLAINED AND DEFENDANT ORALLY INDICATED AN UNDERSTANDING OF SAME; TERMINATION ENTRY

---

On February 21st, 2020, the Defendant appeared in open court and admitted to an allegation set forth against him in a petition directing him to show cause why his supervised release, a status that began September 7th, 2017, should not be revoked. He was, immediately thereafter, found in violation of that supervised release.

Pursuant to the record made in open court on the aforesaid February 21st, 2020, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 15 months, to be served

consecutively to the 30-month sentence (with credit for all allowable pre-sentence jail time from September 11th, 2018), also imposed on February 21st, 2020 in case 3:08-CR-8. Following the aforesaid revocation and sentencing, the Court imposed a 75-month period of supervised release to follow, to be served concurrently to the term of supervised release imposed in Case 3:19-CR-4, upon the following conditions:

The Defendant is to discharge any previously undischarged conditions of supervision, including community service not contributed in Case 3:19-CR-4; and Defendant is to follow all the conditions of supervised release imposed in Case-3:19-CR-4.

The recommendations to the Bureau of Prisons are the same as those recommended in Case 3:19-CR-4.

The Defendant's request for self surrender was overruled, and the Defendant remanded to the custody of the U.S. Marshal.

Neither counsel for the government nor for the Defendant had any procedural or substantive objection to this Court's sentence.

The Defendant was orally advised of his right of appeal and he orally indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 24, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

2

Counsel of record
US Marshal